# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER MCNEIL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INC.,<br><br>　　　　Defendant. | No. 2:25-cv-05228-JAK (Ex)<br><br>**JUDGMENT**<br><br>**[JS-6: CASE TERMINATED]** |

1

Pursuant to the Order re Defendant's Motion to Dismiss (Dkt. 18), it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The operative pleading is the Complaint filed on June 5, 2025, by Alexander McNeil ("Plaintiff").

2. Equifax Inc. ("Defendant") has **JUDGMENT** entered in its favor and against Plaintiff.

3. Plaintiff shall take nothing by way of the Complaint.

4. The action is **DISMISSED** without prejudice.

5. Defendants may seek post-judgment remedies as provided in Fed. R. Civ. P. 54(d) and Local Rule 54. Any request for any other relief is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 22, 2025

John A. Kronstadt
United States District Judge